**Dismissed and Memorandum Opinion filed October 10, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00981-CV

---

## ERHC ENERGY INC., PETER NTEPHE, AND SYLVAN ODOBULU, Appellants

### V.

## KOSMOS ENERGY SAO TOME AND PRINCIPE, Appellees

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-71987**

---

## NO. 14-19-00271-CV

---

## IN RE ERHC ENERGY. INC., PETER NTEPHE AND SYLVAN ODOBULU, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-71987**

## MEMORANDUM OPINION

On November 5, 2018, appellants appealed a modified temporary injunction order. That appeal was assigned case number 14-18-00981-CV. On March 29, 2019, relators filed a petition for writ of mandamus complaining of the same order in addition to other orders issued to enforce the provisions of the temporary injunction. That original proceeding was assigned case number 14-19-00271-CV. On April 9, 2019, this court consolidated the appeal and petition for writ of mandamus into one action.

On September 6, 2019, the district clerk filed a supplemental clerk's record containing an order granting appellees' nonsuit on July 15, 2019. On September 18, 2019, appellees notified this court that the trial court action was dismissed, and the temporary injunction order is no longer in effect. The appeal and petition for writ of mandamus are therefore moot. *See Isuani v. Manske–Sheffield Radiology Grp., P.A.*, 802 S.W.2d 235, 236 (Tex. 1991) (when a trial court renders a final judgment while an appeal of an order granting or denying a temporary injunction is pending, the temporary injunction order becomes moot).

Accordingly, the appeal and petition for writ of mandamus are dismissed as moot.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Wise and Zimmerer.